UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Muhammad A. Aziz,<br><br>                    Plaintiff,<br><br>       v.<br><br>United States of America,<br><br>              Defendant. | 24-CV-874 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On May 1, 2024, the Court entered an Order consolidating this case with *Greene Johnson v. United States of America*, No. 24 Civ. 872. ECF No. 36. Several discovery-related motions on the docket of this case, *see* ECF Nos. 62, 67, and 72 were filed on the dockets of both cases and have already been addressed in the related case, and are therefore no longer pending. *See* ECF Nos. 102 and 140 in Case No. 24 Civ. 872.

Accordingly, the Clerk of Court is respectfully directed to close ECF Nos. 62, 67, and 72 in the above-captioned case.

SO ORDERED.

Dated: March 30, 2026
      New York, New York

_____
DALE E. HO
United States District Judge